**Opinion issued May 17, 2016**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-16-00043-CV**

———————————

**PRATEEK JAIN, Appellant**

**V.**

**SARIKA SAMANTHA WADHAWAN, Appellee**

On Appeal from the 312th District Court
Harris County, Texas
Trial Court Case No. 2015-22704

**MEMORANDUM OPINION**

Appellant, Prateek Jain, has neither established indigence, nor paid, or made arrangements to pay, the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See id.* Accordingly, we dismiss the appeal for want of

prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b). We dismiss any pending motions as moot.

## PER CURIAM

Panel consists of Justices Jennings, Massengale, and Huddle.